FILED

2018 OCT 10  AM 10: 04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF(S)

v.

Robert Berger

DEFENDANT(S).

CASE NUMBER

**SA 18 - 527 M**

AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT

The above-named defendant was charged by: _____
in the _____ District of **Arizona** on **8-14-18**
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about **2010 to 2015**
in violation of Title **18** U.S.C., Section(s) **1349, 1341, 1343, 1028A**
to wit: _____

A warrant for defendant's arrest was issued by: **District of Arizona**

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on **Oct. 10, 2018**, by

_A. Huerta_____, Deputy Clerk.

_C. VanWerden_____
Signature of Agent

_Christi Van Werden_____
Print Name of Agent

_ATF_____
Agency

_Special Agent_____
Title

CR-52 (05/98)   AFFIDAVIT RE OUT-OF-DISTRICT WARRANT