FILED

2018 OCT 10 AM 10: 04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA    PLAINTIFF
v. Robert Berger

USMS# _____    DEFENDANT

CASE NUMBER: SA18-527M

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 10-9-18   1:30   ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 1349 (Conspiracy); 18 USC 1341 (Mail Fraud), 18 USC 1343 (Wire Fraud)
   18 USC 1028A (Aggravated Identity Theft)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1970

8. Defendant has retained counsel:   ☐ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): _____

11. Name: Christi Van Werden   (please print)

12. Office Phone Number: 602-776-5494

13. Agency: ATF

14. Signature: C. Van Werd

15. Date: 10-10-18

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION